_____ FILED _____ LODGED
_____ RECEIVED

**Aug 03, 2026**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  3:26-cr-05262-DWC |
| Plaintiff, | |
| v. | INFORMATION |
| BENJAMIN G. ALLEN, | CLASS A and B MISDEMEANORS |
| Defendant. | |

The United States charges that:

### Count 1

### (Violation of the Bald and Golden Eagle Protection Act)

On or about February 5, 2026, in Clark County, within the Western District of Washington, and elsewhere, BENJAMIN G. ALLEN, without being permitted to do so, did knowingly, and with wanton disregard for the consequences of his actions, unlawfully take a bald eagle, that is by shooting and killing it with a firearm, a Class A Misdemeanor.

All in violation of Title 16, United States Code, Section 668(a).

//

//

Information - 1
*United States v. Benjamin G. Allen*
USAO No. 2026R00336

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## Count Two

### (Unlawful Killing of a Migratory Bird)

On or about February 5, 2026, in Clark County, within the Western District of Washington, and elsewhere, BENJAMIN G. ALLEN, without being permitted to do so, did hunt, pursue, kill, and attempt to take and kill, a migratory bird, to wit a bald eagle, a Class B Misdemeanor.

All in violation of Title 16, United States Code, Sections 703 and 707(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either offense alleged in Counts 1 and 2, BENJAMIN G. ALLEN shall forfeit to the United States, pursuant to Title 16, United States Code, Sections 688b, 706, and 708, by way of Title 28, United States Code, Section 2461(c), all birds, or parts, nests, or eggs thereof, that were involved in the offense, as well as all guns, traps, nets and other equipment, vessels, vehicles, aircraft, and other means of transportation that facilitated the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

Information - 2
*United States v. Benjamin G. Allen*
USAO No. 2026R00336

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 3rd day of August, 2026.

s/ Sarah Y. Vogel
SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney

SETH WILKINSON
Assistant United States Attorney

SEAN H. WAITE
Assistant United States Attorney

Information - 3
*United States v. Benjamin G. Allen*
USAO No. 2026R00336

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970